Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Curt Allen Lundgren

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| CURT ALLEN LUNDGREN, | Case No.: 1:18-cv-01033-JDP |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE JEREMY D. PETERSON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the time in which plaintiff must file his opening brief for a period of 28 days from April 19, 2019, to and including May 17, 2019, and that all subsequent deadlines set forth in the Court's Scheduling Order, Doc. No. 5, are extended accordingly.

-1-

This is the parties' first request for an extension in this matter.  This request is made pursuant to paragraph 12 of the Scheduling Order, permitting a 30-day extension by stipulation of the parties.

IT IS SO STIPULATED.

DATE: April 19, 2019     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
    Young Cho
    Attorney for plaintiff
    CURT ALLEN LUNDGREN

Date: April 19, 2019     McGREGOR W. SCOTT
    United States Attorney

BY: /s/ *Tina Naicker*
    TINA NAICKER
    Special Assistant United States Attorney
    Attorneys for Defendant
    NANCY A. BERRYHILL,
    Acting Commissioner of Social Security
    (Per email authorization)

**ORDER**

Approved and so ordered:

IT IS SO ORDERED.

Dated: April 29, 2019     _____
    UNITED STATES MAGISTRATE JUDGE