MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CURT ALLEN LUNDGREN, II,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>Defendant. | Case No.: 1:18-cv-01033-JDP<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF.** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended from July 22, 2019 to **August 22, 2019**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Since the date of the last extension, Counsel has been having chronic migraines and was subsequently hospitalized in early July due to her migraines. As a result, Counsel was unexpectedly out of the office. In addition, Counsel also has over 100 active social security matters, which require two or more dispositive motions per week until mid-September, as well as three pending Ninth Circuit matters and several miscellaneous litigation and representative misconduct matters. As such, Counsel needs additional time to adequately

1

review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable following her leave. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 22, 2019         /s/ *Young Cho*
                             (*as authorized by email on July 22, 2019
                             YOUNG CHO
                             Attorney for Plaintiff

Dated: July 22 , 2019        MCGREGOR W. SCOTT
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                       By    /s/ *Tina L. Naicker*
                             TINA L. NAICKER
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant

**ORDER**

The parties' joint stipulation is approved for good cause shown. Defendant shall have until August 22, 2019 to file an opening brief. No further extensions will be granted absent extraordinary circumstances.

1 | IT IS SO ORDERED.
2 |
3 | Dated: _____July 31, 2019_____        _____/s/ Jeremy Peterson_____
4 |                                              UNITED STATES MAGISTRATE JUDGE