UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CURT ALLEN LUNDGREN, II,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>　　　　Defendant. | Case No.: 1:18-cv-01033-JDP<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended from August 22, 2019 to **August 28, 2019**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Since the date of the last extension, Counsel has continued to have ongoing health issues with her migraines with severe vision impairment, up to three per week. As a result, Counsel has been on intermittent sick leave during her migraines. In addition, Counsel also has over 100 active social security matters, which require two or more dispositive motions per week until mid-October, as well as three pending Ninth Circuit matters and several miscellaneous litigation and representative misconduct matters. Good cause also

| | |
|---|---|
| 1 | exists, as one of the Ninth Circuit matters is due next week to the U.S. Attorney's Office. As |
| 2 | such, Counsel needs additional time to adequately review the transcript and properly respond to |
| 3 | Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's |
| 4 | Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with |
| 5 | no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but |
| 6 | made her request as soon as reasonably practicable following her leave. The parties further |
| 7 | stipulate that the Court's Scheduling Order shall be modified accordingly. |

Respectfully submitted,

Dated: August 22, 2019         /s/ *Young Cho*
                               (*as authorized by email on August 22, 2019
                               YOUNG CHO
                               Attorney for Plaintiff


Dated: August 22 , 2019        MCGREGOR W. SCOTT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration


                        By     /s/ *Tina L. Naicker*
                               TINA L. NAICKER
                               Special Assistant U.S. Attorney
                               Attorneys for Defendant

ORDER

The parties' joint stipulation for extension of time is granted.  Further extensions will not be allowed absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:   August 26, 2019                                                                               
UNITED STATES MAGISTRATE JUDGE

No. 204