# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURT ALLEN LUNDGREN, | Case No.: 1:18-cv-01033-JDP |
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE JEREMY D. PETERSON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Curt Allen Lundgren be awarded attorney fees in the amount of six thousand dollars ($6,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Lundgren, the government will consider the matter of Lundgren's assignment of EAJA fees to Young Cho. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Lundgren, but if the Department of the Treasury determines that Lundgren does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Lundgren.[1] Any payments made shall be delivered to Young Cho.

This stipulation constitutes a compromise settlement of Lundgren's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Lundgren and/or Young Cho including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Young Cho and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: January 24, 2020         Respectfully submitted,

                               LAW OFFICES OF LAWRENCE D. ROHLFING

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

BY: /s/ *Young Cho*
Young Cho
Attorney for plaintiff Curt Allen Lundgren

DATED: January 24, 2020    McGREGOR W. SCOTT
United States Attorney

/s/ *Tina Naicker*

TINA NAICKER
Special Assistant United States Attorney
Attorneys for Defendant
ANDREW SAUL, Commissioner of Social Security (Per e-mail authorization)

# ORDER

This agreement is approved as stipulated.

IT IS SO ORDERED.

Dated:    January 28, 2020                               /s/ Jeremy Peterson
                                                                 UNITED STATES MAGISTRATE JUDGE

No. 204.